1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                              Plaintiff,

        v.

TOWNHOUSE SOUTH ASSOCIATION,
INC.; E. ALAN TIRAS, P.C.,

                              Defendant.

Case No. 3:16-cv-00730-MMD-VPC

ORDER

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court

hereby certifies to the Attorney General for the State of Nevada that Plaintiff Federal

National Mortgage Association has drawn into question the constitutionality of NRS §

116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the

Nevada Attorney General.

        DATED THIS 21st day of December 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE